Wendy B. Pfau, SBN: 257215
**POTTER, COHEN, SAMULON & PADILLA**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
wpfau@pottercohenlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GUADALUPE ROMERO, | Case No.: 8:22-cv-00799-AFM |
| Plaintiff, | **[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay Plaintiff for attorney fees and expenses the amount of $2,298.00 (Two Thousand, Two Hundred Ninety-Eight Dollars and No Cents) under the Equal access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of $402.00 (Four Hundred and Two Dollars and No Cents) under 28 U.S.C. §1920, subject to the terms of the above-referenced Stipulation.

Date: 9/27/2022

*/s/ Alex MacKinnon*
HON. ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

-1-